# EXHIBIT A

TERMS AND CONDITIONS OF EMPLOYMENT
ONSITE SERVICES CO.

This document supersedes any and all preceding Employment Agreements and/or Terms and Condition documents:

### Remuneration

Employees are paid bi-weekly. All required taxes and other deductions, and all authorized voluntary deductions, will be withheld automatically from your paychecks. In return for compensation offered, employees are expected to work the hours necessary to meet the demands of their responsibilities. If at any time money is owed and payable by the employee to the Company, then it is agreed that the Company may deduct such sums from any payment to the employee from the Company. If the employee is eligible for a bonus or commission scheme, then the employer will have the right to modify such schemes in accordance with the business needs of the Employer.

### Healthcare

All CareFusion employee's currently enrolled in benefits and transitioning to OnSite Services Co. will be eligible to participate in the Company Health & Welfare Plan the first day of employment per the terms of the plan. Our providers offer extensive medical and dental coverage. Plan details will be distributed under separate cover.

### Life Insurance, Accident Insurance, Short + Long Term Disability

Regular full time employees are eligible for Life Insurance and Accident coverage, of which the company provides 1.5 x the employee salary at no cost to the employee. Additional life insurance for both employees and eligible dependents is also available. Similarly, the employee will be eligible for both short and long-term disability coverage. Details of both of these plans will be distributed under separate cover.

### Retirement Savings Plan

A (401K) retirement savings plan will be available to all regular full time employees, allowing them to save money pre-tax and to defer tax on the earnings. OnSite Services Co. also offers a discretionary match program in which we make a contribution to individual employees' 401K plan. The plan is offered through Fidelity. Enrollment details will be distributed under separate cover.

### Paid Time Off (PTO)

OnSite Services believes that its employees are the key to what makes us a great company. While work makes up a large portion of our lives, we believe that a balance between work and life is essential in maintaining quality performance. To help foster this idea, the company has designed a comprehensive paid time off (PTO) policy that encompasses this philosophy. All transferring CareFusion employees will retain their current PTO accrual rate.

Additional details of PTO are:

PTO shall accrue monthly and must be used in the calendar year. PTO should be taken at times that do not unreasonably interfere with the employee's duties, must be approved by a direct manager and

submitted to payroll for record. The PTO accrual year runs from January 1 - December 31 and PTO balances cannot be carried over into the next calendar year. Only accrued but unused PTO will be paid to an employee upon termination of employment.

If you have questions regarding your PTO, please contact Human Resources.

### Travel and Business Expenses

Employees shall be reimbursed by the employer for those business expenses authorized which are necessarily and reasonably incurred on behalf of the employer and which may properly be deducted by the employer as a business expense for tax purposes. All employees shall comply with the Company's written internal policy. For additional information, please see attached Travel and Entertainment process memo. Full policy details can be found at mybensite.com.

### Termination of Employment

All employment relationships are on an at-will basis. This means that any employee and the Company are free to terminate the employment relationship at any time. If the employee terminates their employment, the employee is urged to provide notice at least two weeks in advance of their intended termination.

### Drug Testing

OnSite Services conducts pre-employment drug testing as a condition of employment. Unwillingness to submit to a drug test or a positive confirmed drug test will be used as a basis for refusal to hire the applicant.

The Company reserves the right to require that an Employee submit to a drug/alcohol test in situations of reasonable suspicion. Reasonable suspicion may arise from:
- supervisory observation, co worker reports or complaints, performance decline, attendance or behavioral changes;
- the employee has used, or is using, drugs/alcohol in violation of the policy of the Company;
- reliable and corroborated reports by others that the employee has used forbidden substances while working;
- evidence that the employee has tampered with one or more prior drug/alcohol tests while employed with the Company;
- evidence that the employee has been involved in drug possession, use or sale;
- employee sustains injury or is involved in an accident during working hours or while using Company equipment/property.

All testing will be conducted by a licensed independent medical laboratory. Employees who refuse to take testing are subject to immediate discharge.

**Confidentiality**

As an OnSite Service Co employee, you recognize and acknowledge that as a result of your employment, you will have access to confidential information and trade secrets that constitute proprietary information that the employer and its affiliates are entitled to protect, which information constitutes special and unique assets of the employer and its affiliates, including without limitation, information relating to the employer's and its affiliates' manner and methods of doing business, the identity of its customers, suppliers, pricing information, manufacturers, distributors and agents; the confidential terms of contracts and business agreements; and the product development activities and marketing programs in development (the matters described in this sentence hereafter referred to as the "Trade Secrets").

(i) Except as may be required by the order of a court, the Employee agrees to keep secret and confidential, the Trade Secrets, nor shall the Employee disclose, divulge, use publish or make accessible to anyone, or directly or indirectly make use of (other than in the regular performance of employment hereunder) the Trade Secrets. Nothing contained herein, however, shall restrict the Employee from using, at any time after his/her termination of employment with the Employer, information in the public domain, or knowledge which was acquired by him/her during the course of his/her employment with the Employer which is generally known to persons of his experience in other companies in the same industry. This provision shall terminate twelve (12) months after the Employee's termination with the Employer.

(ii) Upon termination of his/her employment with the Employer, the Employee shall not take, and shall promptly return to Employer, any and property, equipment, and all documents and data that are the property of the Employer and its affiliates and/or which relate to the business of the Employer and its affiliates, and which are in Employee's possession.

**Assignment of Intellectual Property Rights**

Employee agrees to assign to Employer any and all intellectual property rights including patents, trademarks, copyright and business plans or systems developed, authored or conceived by Employee while so employed and relating to the business of the Employer and its affiliates, and Employee agrees to co-operate at Employer's expense with Employer's attorneys to perfect ownership rights thereof in Employer.

**Covenant Not to Compete**

OnSite Services will make every effort to work directly with employees to respectfully raise and resolve any issues that may arise, however, in the event an employee terminates his/her employment with the company, employee agrees that for a period of twelve (12) months after the date on which his/her employment with the Employer terminates, Employee shall not, directly or indirectly:

(i) engage in any action or conduct that either does or could reasonably be expected to disparage, undermine, diminish, or otherwise damage the company's reputation or relationship between OnSite Services Co. and any of its customers, potential customers, vendors and/or suppliers that were known in the performance of your job duties while employed with OnSite Services Co;

(ii) engage in, assist, perform services for, or provide consulting services to any other person, firm, corporation or other entity in the solicitation of or contact with, any customer, vendor, potential customer, or potential vendor of OnSite Services Co. that was known in the performance of job duties with OnSite Services Co. for the purpose of furnishing or doing business with such customer or vendor with regard to medical-surgical services, equipment or any other services or products distributed by or otherwise provided by OnSite Services Co. and/or,

(iii) accept employment with, or service as a consultant, advisor, or act in other any other capacity to any other person, firm, corporation or other entity that is in competition with OnSite Services Co.

(iv) establish or open, or have any equity interest in (other than ownership for 5% or less of the outstanding stock of any corporation) any person, firm, corporation, joint venture, or other business entity (whether as an employee, officer, director, agent, security holder, creditor, consultant, or otherwise) that is in the business of providing OnSite Services;

(v) employ, solicit for employment or encourage to leave their employment, or induce any third party to contact for purposes of employing or soliciting for employment, any person who prior to such employment, solicitation or encouragement was (in the previous twelve months) or is an officer, employee, or representative of the Employer and its affiliates;

(vi) solicit or engage in business transactions with any person, firm, corporation, joint venture or other business entity that was at any time during the prior two years before such solicitation or engagement, a customer of or vendor to OnSite Services Co. or its affiliates.

I understand and agree that OnSite Services Co. may at any time and without further action by me, assign this agreement to any of its subsidiaries or affiliates or successors with which I may be employed. In the event of such an assignment, the assignee company shall succeed to all of the rights held by OnSite Services under this agreement. I agree that this agreement applies from the time my employment began, and shall assure to the benefit of OnSite Services Co, its successors and assigns, and shall be binding upon my heirs, legal representatives and assigns.

*John D. Schull*     3/19/11
Employee's Signature     Date