# EXHIBIT B

| | |
|---|---|
| **From:** | John Schenk <John.Schenk@PrezioHealth.com> |
| **Sent:** | Thursday, June 06, 2013 12:23 PM |
| **To:** | ajaeschenk@aol.com |
| **Subject:** | FW: info |
| **Attachments:** | image001.png; image002.png; image003.png; 6bef9c.png; 439fed.png; e1d6df.png; Personnel Listing2013 04 12.xlsx; Surgical_Instrument_and_Scope_Repair_Exhibit_A-3_Price_List_CompleteRev3.xlsx |

**From:** Collette Taylor
**Sent:** Wednesday, June 05, 2013 12:12 PM
**To:** John Schenk
**Subject:** RE: info

Here you are....
Do not distribute price list to anyone
If you need anything else, please let me know
Thank you

**Collette Taylor**
Manager,
Customer Support / Quality Assurance

PREZIO Health

2675 S. Milford Rd
Suite B
Highland, MI 48357

Collette.Taylor@PrezioHealth.com
(248) 676-8723 : Office
(248) 684-9406 : Fax
(248) 755-4493 : Cell

PrezioHealth.com | Facebook | Linkedin | Twitter | YouTube

* * * * * ATTENTION * * * * *
This electronic transmission may contain confidential, sensitive, proprietary and/or privileged information belonging to the sender. This information, including any attached files, is intended only for the persons or entities to which it is addressed. Authorized recipients of this information are prohibited from disclosing the information to any unauthorized party and are required to properly dispose of the information upon fulfillment of its need/use, unless otherwise required by law. Any

review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by any person or entity other than the intended recipient is prohibited. If you have received this electronic transmission in error, please notify the sender and properly dispose of the information immediately.

**From:** John Schenk
**Sent:** Tuesday, June 04, 2013 12:17 PM
**To:** Collette Taylor
**Subject:** info

Good afternoon Collette, not sure if you can provide me with this but I figured you are a good starting point   I need a copy of the Premier pricing chart and what it includes as far as what repairs are in it.  Also, do you have a breakdown of what territories that each RSL has and what RS's are in it?  especially pertaining to this side of the country     Thanks
John

## John D Schenk
Lead Tech, Instrument Repair



2675 S. Milford Rd
Suite B
Highland, MI 48357

John.Schenk@PrezioHealth.com
(586) 215-6829 : Direct
(800) 392-6620 : PREZIO Office
(248) 685-9406 : Fax

PrezioHealth.com | Facebook | Linkedin | Twitter | YouTube



* * * * * ATTENTION * * * * *
This electronic transmission may contain confidential, sensitive, proprietary and/or privileged information belonging to the sender. This information, including any attached files, is intended only for the persons or entities to which it is addressed. Authorized recipients of this information are prohibited from disclosing the information to any unauthorized party and are required to properly dispose of the information upon fulfillment of its need/use, unless otherwise required by law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by any person or entity other than the intended recipient is prohibited. If you have received this electronic transmission in error, please notify the sender and properly dispose of the information immediately.